No. 366. WILLIAM A. TROGLER ET AL., APPELLANTS, *v.* UNITED STATES ET AL. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Argued November 5, 1917. Decided November 12, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Whitney* v. *Dick,* 202 U. S. 132, 135; *McClellan* v. *Carland,* 217 U. S. 268, 278; (2) *Smith* v. *Indiana,* 191 U. S. 138, 148–150; *McCandless* v. *Pratt,* 211 U. S. 437, 440. *Mr. Edwin H. Park* for appellants.

*The Solicitor General* and *Mr. Archibald A. Lee* for appellees.